IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

JAMES "MUGGY" WILLIAMS, #R2903                                    PETITIONER

VS.                                          CIVIL ACTION NO. 2:03cv243-KS-MTP

MIKE A. WILSON, Superintendent of MSP;
CHRISTOPHER EPPS, Commissioner of MDOC;
and MIKE MOORE, Attorney General                                  RESPONDENTS

## JUDGMENT

This matter having come on to be heard on this date on Petition of James Williams for Writ of Habeas Corpus and the Court found in a separate opinion that the petition is not well taken and that the Petition for Writ of Habeas Corpus should be **dismissed with prejudice**.

IT IS THEREFORE ORDERED AND ADJUDGED that the above captioned cause be and the same is hereby dismissed with prejudice pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED on this, the 26th day of September, 2006.

s/ *Keith Starrett*
UNITED STATES DISTRICT JUDGE